No. —. Ex parte ANN H. P. KENT, FOR AND ON BE-HALF OF TYLER KENT. October 16, 1944. The motion for issuance of a subpoena is denied. The motion for oral argument is denied. The motion for leave to file petition for writ of mandamus is denied.

No. 6, original. NEBRASKA v. WYOMING ET AL. October 16, 1944. The report of the Special Master herein is received and ordered to be filed.

No. 9, original. ILLINOIS v. INDIANA ET AL. October 16, 1944. The motion of American Maize Products Co. to dismiss its cross claims is granted.

No. —. Ex parte HARRY C. ALBERTS. October 16, 1944. The motion for leave to file petition for writ of mandamus is denied.

Nos. 54 and 55, October Term, 1943. MERCOID COR-PORATION v. MID-CONTINENT INVESTMENT CO. ET AL. October 16, 1944. The motion to clarify and correct the opinion and mandates is denied.

No. —. Ex parte WILLIAM MEYER; and
No. —. Ex parte RICHARD P. ALLEN. October 23, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte RUDOLPH DREKSLER. October 23, 1944. The motion for leave to file petition for writ of habeas corpus is denied. Treating the papers as a petition for writ of certiorari, certiorari is denied.